

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name:      In the Matter of Approximately $80,600.00 v. The State of Texas

Appellate case number:   01-14-00424-CV

Trial court case number:  1417446

Trial court:                      351st Judicial District Court of Harris County

On May 22, 2014, appellant, Abraham M. Fisch, filed a "Motion for Extension of Time to Post Bond and Emergency Motion to Stay Trial Court Order." Appellant seeks an extension of time to and including June 4, 2014 to post a bond to perfect his appeal from a trial court order denying his amended petition to release seized property. *See* TEX. CODE CRIM. PROC. ANN. art. 47.12(c) (West 2007); *White v. State*, 930 S.W.2d 673, 677 (Tex. App.—Waco 1996, no pet.). We **grant** appellant's motion for extension of time to post a bond. *See* TEX. R. APP. P. 26.3; *White*, 930 S.W.2d at 677 n.3. Appellant's bond is due to be posted no later than June 4, 2014.

Appellant further requests that this Court "stay the trial court's order in case #1210228 returning the subject funds to the complaining witness pending a ruling on the Motion for Extension of Time to Post Bond." Because we grant appellant's motion for extension of time to post the bond, appellant's request for a stay is **dismissed** as moot.

It is so ORDERED.


Judge's signature:/s/ Jim Sharp _____

☒ Acting individually      ☐ Acting for the Court


Date:  May 23, 2014 _____